**FILED: 5/25/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Park West Galleries, Inc.,** | CASE NO. CV 12-3203-GHK (SHx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **Theresa Franks, et al.,** | |
| Defendants. | |

    Pursuant our May 25, 2012 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiff Park West Galleries, Inc. against Defendants Theresa Franks and Global Fine Art Registry, LLC are **DISMISSED for lack of personal jurisdiction**.

    **IT IS SO ORDERED**.

DATED: May 25, 2012

_____
GEORGE H. KING
United States District Judge